David DIAZ, Plaintiff—Appellant,

v.

Daryl GATES; Willie L. Williams; Richard Alarcon; Richard Alatorre; Hal Bernson; Marvin Braude; Laura Chick; John Ferraro; Michael Feuer; Ruth Galanter; Nate Holden, et al., Defendants,

and

Bernard C. PARKS, Chief of Los Angeles Police Department, Defendant—Appellee.

No. 02–56818.

United States Court of Appeals, Ninth Circuit.

Nov. 18, 2004.

Stephen Yagman, Yagman & Yagman, Venice, CA, for Plaintiff–Appellant.

1. Judges O'Scannlain and Fisher are recused.

Janet G. Bogigian, Amy Jo Field, Deputy City Attorney, Los Angeles, CA, for Defendants–Appellees.

Before: SCHROEDER. Chief Judge.

## ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.